AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Duke Edward Wilson<br><br>*Defendant(s)* | Case: 1:21-mj-00370<br>Assigned To : Meriweather, Robin M.<br>Assign. Date : 4/12/2021<br>Description: Complaint w/ Arrest Warrant |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) | Assaulting a federal agent. |
| 18 U.S.C. § 231(a)(3) | Civil disorders. |
| 18 U.S.C. §§ 1752(a)(1) and (2) | Unlawful entry on restricted buildings or grounds. |
| 18 U.S.C. § 1512(c)(2) | Obstruction of an official proceeding. |
| 40 U.S.C. §§ 5104(e)(2)(D) & (G) | Violent entry, disorderly conduct, and other offenses on capitol grounds. |

This criminal complaint is based on these facts:

See attached affidavit incorporated herein.

☐ Continued on the attached sheet.

*Complainant's signature*

Special Agent Donald August Mokenhaupt
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 04/13/2021

*Judge's signature*

City and state: Washington, D.C.

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*