AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Duke Edward Wilson<br>06/04/1954<br><br>_Defendant_ | Case: 1:21-mj-00370<br>Assigned To : Meriweather, Robin M.<br>Assign. Date : 4/12/2021<br>Description: Complaint w/ Arrest Warrant |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_   Duke Edward Wilson,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Title 18 U.S.C. Sections 111(a)(1) (assaulting a federal agent); 231(a)(3) (civil disorders), 1752(a)(1) and (2) (unlawful entry on restricted buildings or grounds), 1512(c)(2) (obstruction of an official proceeding); and Title 40 U.S.C. 5104(e)(2)(D) & (G) (violent entry, disorderly conduct, and other offenses on capitol grounds)

Date: 04/13/2021

_Issuing officer's signature_

City and state:   Washington, D.C.

Robin M. Meriweather
_Printed name and title_

### Return

This warrant was received on _(date)_ 04/13/2021, and the person was arrested on _(date)_ 4/15/2021
at _(city and state)_ Boise, ID.

Date: 04/15/2021

_Arresting officer's signature_

Kurt Pipal  Special Agent FBI
_Printed name and title_