UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on January 8, 2021

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. 21-MJ-370 |
| | : | |
| DUKE EDWARD WILSON, | : | VIOLATIONS: |
| | : | 18 U.S.C. § 111(a)(1), 2 |
| Defendant. | : | (Assaulting, Resisting, or Impeding |
| | : | Certain Officers) |
| | : | 18 U.S.C. § 231(a)(3) |
| | : | (Civil Disorder) |
| | : | 18 U.S.C. § 1752(a)(1) |
| | : | (Entering and Remaining in a Restricted |
| | : | Building or Grounds) |
| | : | 18 U.S.C. § 1752(a)(2) |
| | : | (Disorderly and Disruptive Conduct in a |
| | : | Restricted Building or Grounds) |
| | : | 18 U.S.C. § 1512(c)(2), 2 |
| | : | (Obstruction of an Official Proceeding) |
| | : | 40 U.S.C. § 5104(e)(2)(D) |
| | : | (Violent Entry and Disorderly Conduct |
| | : | on Capitol Grounds) |
| | : | 40 U.S.C. § 5104(e)(2)(G) |
| | : | (Violent Entry and Disorderly Conduct |
| | : | on Capitol Grounds) |
| | : | 18 U.S.C. § 1752(a)(4) |
| | : | (Engaging in Physical Violence in a |
| | : | Restricted Building or Grounds) |
| | : | 40 U.S.C. § 5104(e)(2)(F) |
| | : | (Act of Physical Violence in the Capitol |
| | : | Grounds or Buildings) |

## INDICTMENT

The Grand Jury charges that:

## COUNT ONE

On or about January 6, 2021, within the District of Columbia, **DUKE EDWARD WILSON** did knowingly and feloniously assault, resist, oppose, impede, intimidate and interfere an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), and any person assisting such an officer and employee, that is, P.N., an officer from the Metropolitan Police Department, by pushing him/her to the ground, while such officer or employee was engaged in or on account of the performance of official duties, and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.

**(Assaulting, Resisting, or Impeding Certain Officers or Employees and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 111(a)(1) and 2)

## COUNT TWO

On or about January 6, 2021, within the District of Columbia, **DUKE EDWARD WILSON** did knowingly and feloniously assault, resist, oppose, impede, intimidate and interfere an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), and any person assisting such an officer and employee, that is, W.B., an officer from the Metropolitan Police Department, by striking him/her with a white pole, while such officer or employee was engaged in or on account of the performance of official duties, and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.

**(Assaulting, Resisting, or Impeding Certain Officers or Employees and Aiding and Abetting**, in violation of Title 18, United States Code, Section 111(a)(1) and 2)

## COUNT THREE

On or about January 6, 2021, within the District of Columbia, **DUKE EDWARD WILSON** did knowingly and feloniously assault, resist, oppose, impede, intimidate and interfere an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), and any person assisting such an officer and employee, that is, A.G., an officer from the United States Capitol Police Department, by striking him/her with his fist and striking him with a white pole, while such officer or employee was engaged in or on account of the performance of official duties, and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.

**(Assaulting, Resisting, or Impeding Certain Officers or Employees and Aiding and Abetting**, in violation of Title 18, United States Code, Section 111(a)(1) and 2)

## COUNT FOUR

On or about January 6, 2021, within the District of Columbia, **DUKE EDWARD WILSON** committed and attempted to commit an act to obstruct, impede, and interfere with a law enforcement officers, that is, P.N., W.B. and A.G., officers from the Metropolitan Police Department and United States Capitol Police Department, lawfully engaged in the lawful performance of his/her official duties incident to and during the commission of a civil disorder, and the civil disorder obstructed, delayed, and adversely affected the conduct and performance of a federally protected function.

**(Civil Disorder,** in violation of Title 18, United States Code, Section 231(a)(3))

## COUNT FIVE

On or about January 6, 2021, within the District of Columbia, **DUKE EDWARD WILSON** did unlawfully and knowingly enter and remain in a restricted building and grounds,

3

that is, any posted, cordoned-off, or otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting, without lawful authority to do so.

(**Entering or Remaining in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Sections 1752(a)(1))

## COUNT SIX

On or about January 6, 2021, within the District of Columbia, **DUKE EDWARD WILSON** did knowingly, and with intent to impede and disrupt the orderly conduct of Government business and official functions, engage in disorderly and disruptive conduct in and within such proximity to, a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting, when and so that such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions.

(**Disorderly and Disruptive Conduct in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Sections 1752(a)(2))

## COUNT SEVEN

On or about January 6, 2021, within the District of Columbia, **DUKE EDWARD WILSON** attempted to, and did, corruptly obstruct, influence, and impede an official proceeding, and did forcibly enter the Capitol to, and did, stop, delay, and hinder Congress's certification of the Electoral College vote.

(**Obstruction of an Official Proceeding and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 1512(c)(2) and 2)

## COUNT EIGHT

On or about January 6, 2021, within the District of Columbia, **DUKE EDWARD WILSON**, willfully and knowingly engaged in disorderly and disruptive conduct in any of the Capitol Buildings with the intent to impede, disrupt, and disturb the orderly conduct of a session of Congress and either House of Congress, and the orderly conduct in that building of a hearing before or any deliberation of a committee of Congress or either House of Congress.

> (**Disorderly Conduct in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(D))

## COUNT NINE

On or about January 6, 2021, within the District of Columbia, **DUKE EDWARD WILSON**, willfully and knowingly paraded, demonstrated, and picketed in any United States Capitol Building.

> (**Parading, Demonstrating, or Picketing in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(G))

## COUNT TEN

On or about January 6, 2021, within the District of Columbia, **DUKE EDWARD WILSON** did knowingly, engage in any act of physical violence against any person and property in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting.

> (**Engaging in Physical Violence in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(4))

## COUNT ELEVEN

On or about January 6, 2021, within the District of Columbia, **DUKE EDWARD WILSON**, willfully and knowingly engaged in an act of physical violence within the United States Capitol Grounds and any of the Capitol Buildings.

(**Act of Physical Violence in the Capitol Grounds or Buildings,** in violation of Title 40, United States Code, Section 5104(e)(2)(F))

A TRUE BILL:

FOREPERSON.

*Channing D. Phillips/HCD*

Attorney of the United States in
and for the District of Columbia.