Charles Peterson
FEDERAL PUBLIC DEFENDER
FEDERAL DEFENDER SERVICES OF IDAHO
702 West Idaho Street, Suite 1000
Boise, Idaho 83702
Telephone: (208) 331-5500
Facsimile: (208) 331-5525

Attorneys for Defendant
DUKE EDWARD WILSON

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(HONORABLE ROYCE C. LAMBERTH)

| UNITED STATES OF AMERICA, | ) | CR21-345-RCL |
| --- | --- | --- |
| Plaintiff, | ) | |
| | ) | Affidavit In Support Of Unopposed |
| | ) | Motion To Continue Status |
| vs. | ) | Conference |
| | ) | |
| DUKE EDWARD WILSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Charles Peterson, being first duly sworn upon oath, deposes and says:

1. I am an attorney licensed to practice in the state of Idaho, in the United States District Court for the District of Idaho, and the Ninth Circuit Court of Appeals.

2. That our office has been appointed by the Court to represent Duke Edward Wilson in this matter and a status conference is currently set for July 13, 2021.

3. To date, the Government has been providing discovery in a timely fashion, pursuant to the Court's Procedural Order. However, additional time is needed to complete an independent defense investigation and to continue plea negotiations. A continuance is therefore necessary to ensure that Duke Edward Wilson receives thorough and effective assistance of counsel.

4. In connection with this request, I contacted counsel for the government, Assistant United States Attorney Christopher Tortorice, who advised that the government has no objection to the request for a continuance.

5. I certify that this motion is brought in good faith and not for any purpose of improper delay. I believe additional time is necessary to ensure that Mr. Wilson receives thorough and effective assistance of counsel. This is Mr. Wilson's first request for a continuance. Mr. Wilson understands his rights under the Speedy Trial Act, and he waives the same with respect to any continuance granted by this Court in response to this motion. Furthermore, Mr. Wilson understands that any continuance granted will constitute excludable time under the Speedy Trial Act.

Accordingly, Mr. Wilson respectfully requests the Court to continue the status conference for no less than sixty (60) days. Also, Mr. Wilson requests

the Court to set a new deadline for the filing of any pretrial motions, should the defense investigation reveal information warranting the same.

Dated: July 8, 2021

Respectfully submitted,
CHARLES PETERSON
FEDERAL PUBLIC DEFENDER
By:

<u>/s/ Charles Peterson</u>
Charles Peterson
Federal Defender
Federal Defender Services of Idaho
Attorneys for Defendant
DUKE EDWARD WILSON