Charles Peterson
FEDERAL PUBLIC DEFENDER
FEDERAL DEFENDER SERVICES OF IDAHO
702 West Idaho Street, Suite 1000
Boise, Idaho 83702
Telephone:  (208) 331-5500
Facsimile:   (208) 331-5525

Attorneys for Defendant
DUKE EDWARD WILSON

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(HONORABLE ROYCE C. LAMBERTH)

| UNITED STATES OF AMERICA, | ) | 1:21-cr-00345-RCL-1 |
|---|---|---|
| | ) | |
| Plaintiff, | ) | UNOPPOSED MOTION TO |
| | ) | CONTINUE SENTENCING |
| vs. | ) | |
| | ) | |
| DUKE EDWARD WILSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

DUKE EDWARD WILSON, by and through his attorney of record, Charles Peterson, for the Federal Defender Services of Idaho, hereby moves this honorable Court to continue his sentencing hearing, which is currently scheduled for November 22, 2021.

Mr. Wilson seeks a continuance for no less than thirty (30) days.  This Motion is based on the separately filed affidavit of counsel and is unopposed by the government.

Unopposed Motion to Continue Sentencing     -1-

Dated: October 27, 2021

Respectfully submitted,
CHARLES PETERSON
FEDERAL PUBLIC DEFENDER
By:


<u>/s/ Charles Peterson</u>
Charles Peterson
Federal Defender
Federal Defender Services of Idaho
Attorneys for Defendant
DUKE EDWARD WILSON

Unopposed Motion to Continue Sentencing   -2-

## CERTIFICATE OF SERVICE

I CERTIFY that I am an employee of the Federal Defender Services of Idaho, and that a copy of the foregoing document, UNOPPOSED MOTION TO CONTINUE SENTENCING, was served on all parties named below on this 27th day of October, 2021.

| | |
|---|---|
| Christopher Tortorice, Assistant U.S. Attorney | ____ Hand Delivery |
| Office of the United States Attorney | ____ United States Mail |
| 555 Fourth Street, NW | _X_ CM/ECF Filing |
| Suite 11-449 | ____ Email Transmission |
| Washington, DC 20530 | |
| Christopher.Tortorice@usdoj.gov | |

Dated: October 27, 2021        /s/ Joy Fish
                               Joy Fish