Charles Peterson
FEDERAL PUBLIC DEFENDER
FEDERAL DEFENDER SERVICES OF IDAHO
702 West Idaho Street, Suite 1000
Boise, Idaho 83702
Telephone: (208) 331-5500
Facsimile: (208) 331-5525

Attorneys for Defendant
DUKE EDWARD WILSON

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(HONORABLE ROYCE C. LAMBERTH)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DUKE EDWARD WILSON,<br><br>    Defendant. | 1:21-cr-00345-RCL-1<br><br>Affidavit in Support of Defendant's Unopposed Motion to Continue Sentencing |

Charles Peterson, being first duly sworn upon oath, deposes and says:

1.      I am an attorney licensed to practice in the state of Idaho, in the United States District Court for the District of Idaho, and the Ninth Circuit Court of Appeals.

2. That our office has been appointed by the Court to represent Duke Edward Wilson in this matter and the sentencing hearing is currently set for November 22, 2021.

3. The basis for the continuance is that I require additional time to meet with Mr. Wilson and to prepare for the hearing.

4. In connection with this request, I contacted counsel for the government, Assistant United States Attorney Christopher Tortorice, who advised that the government has no objection to the request for a continuance.

5. I certify that this motion is brought in good faith and not for any purpose of improper delay.

6. Given that Mr. Wilson has entered his guilty plea, there are no speedy trial issues raised by this motion. However, to the extent he has a right to a speedier sentencing, Mr. Wilson waives that right in connection with this motion. Mr. Wilson is aware of and agrees with this motion to continue his sentencing hearing.

Accordingly, Mr. Wilson respectfully requests the Court to continue his sentencing for no less than thirty (30) days.

Dated: October 27, 2021         Respectfully submitted,
                                CHARLES PETERSON
                                FEDERAL PUBLIC DEFENDER
                                By:

Affidavit In Support Of Motion To         -2-
Continue Sentencing

/s/ Charles Peterson
Charles Peterson
Federal Defender
Federal Defender Services of Idaho
Attorneys for Defendant
DUKE EDWARD WILSON
