UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-cr-345 |
| | : | |
| **DUKE EDWARD WILSON** | : | |
| | : | |
| **Defendant.** | : | |

### GOVERNMENT'S UNOPPOSED MOTION FOR CONTINUANCE

The United States of America hereby respectfully moves the Court to continue the sentencing in the above captioned case, which is currently set for December 21, 2021.

Counsel for the government has spoken with counsel for the defendant, and request that the sentencing be continued for the following reasons: 1) Counsel for the government will be on family vacation the week of sentencing; and 2) counsel for Mr. Wilson is no longer employed by the Idaho Federal Public Defender and is in private practice. As such, he is required to be admitted to the DC Bar and is currently working on his application and is unopposed to this motion for continuance.

Counsel for the parties have conferred and are both available anytime January 20, 2022 or after.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:    /s/ *Christopher T. Tortorice*
Christopher T. Tortorice
Assistant United States Attorney

                                Texas Bar No. 24048912
                                555 Fourth Street, N.W., Room 11-449
                                Washington, DC  20530
                                Christopher.Tortorice@usdoj.gov
                                (202) 252-7155