UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Case No. 21-cr-345 |
| DUKE EDWARD WILSON | : |
| Defendant. | : |

## ORDER

The Court having received and considered the Government's Motion for Continuance, and good cause appearing, the Court finds:

The Government's Motion for Continuance is hereby GRANTED.

IT IS THEREFORE ORDERED that the sentencing in the above captioned case will be reset for _March 4, 2022 at 1:15 pm._

SIGNED this _17th_ day of _December_, 2021.

_Roger C. Lamberth_
UNITED STATES DISTRICT JUDGE