United States v. Duke Wilson, Case No. 21-345

Sentencing Statement of Duke Wilson

When I went to Washington D.C. for the January 6, 2021 rally, it was a last-minute decision. I figured this was probably the last Trump rally and I wanted to show my support for the President. I love our Country and I am proud to be an American.

In D.C. my son and I visited as many monuments and sites as possible. A lot were closed because of the Covid 19 virus. Arlington National Cemetery was one of our main places to see but it was closed for some other reason. I love my Country and hate to see people want to run it down and not respect the people that died in wars that gave us our freedom.

The President's speech on January 6th sounded the same as the one he gave in Georgia before the runoff election, so he really didn't say anything new about the election. He said it had been stolen, but I don't know if that is true. I was not there to overthrow the government, just to show support for the country.

After his speech everyone headed up the street toward the Capitol. It seemed like there were thousands of people ahead of me and more behind me. When I reached the edge of the Capitol grounds the crowd kept walking towards the grandstands on the backside of the Capitol. I took pictures on my iPad of the mass of people that were there to show their support. I took in the moment and looked at the people waving flags that were all around me. It was a sight to remember and one I'll never forget. A real sense of pride came over me to see this many people showing their support for our Country but I had no idea of what was to come.

Like I said, I was there with my boy. I had an iPad to take pictures. I didn't have any club, or stick, or gun or pepper spray or anything else to use to fight with anyone. I did have a hat on that said CNN Fake News, but that was more of a joke. The President had said that.

I was trying to get to the other side of the grandstands so I could sit and rest my right Achilles tendon which was very sore. I had my iPad in one hand and used the other hand to keep my balance as I walked in the crowd. I lost track of my boy, Ryan, who is disabled on his left side of his body. At one time he was a complete quadriplegic from an operation he had on his vertebrae in his neck that went bad. He had a tracheotomy so he could breathe. He was determined to walk again and he did, so it was nice that he was experiencing this moment.

The next thing I remember is being channeled into the tunnel with the crowd of people. Once inside it seemed to get narrow and I was shoved to the front where there were people shoving with plastic shields against the police. To my right there was pepper spray being sprayed from the police and from people in the crowd towards the police. I could hear electric stun guns to

EXHIBIT A

my right but couldn't see who was doing it. People were yelling and screaming. It was so loud I could not even think.

I was shoved closer toward the front, people had plastic shields pushing up against the police. Then pepper spray came my way and I held my hat up to block it from getting in my eyes. It was about then I was hit on the left side of my head with something that almost buckled my knees. I was bleeding from being hit. Pepper spray covered my face. Someone was trying to take my wallet and Ipad that I had in my right hand. I held on tight and they finally quit trying to take it. I couldn't tell who it was but I'm pretty sure it someone in the crowd. I was walking around in a daze and everyplace I went it seemed I was getting hit with Billy clubs on the head and arms. I tried to get out but I kept being pushed the wrong way. I knew I was in a bad situation. My legs were so weak it was hard to get around. It seemed like a long time that I was in there.

Someone later showed me videos of me in there and I don't' remember doing some of the stupid stuff I did.

I do remember getting hit with some PVC pipe and being shoved into the chests of two policemen. I told them I was too weak and worn out to try to get up and find my way out. They hit me with clubs and fists. Then I was getting hit again on the head and pepper sprayed in the eyes. I crawled on the floor to try to get out and came across a flashlight on the floor that I stepped on as I got to my feet. I somehow made it out or was helped by someone. The pepper spray was really burning my eyes and I could feel blood running down the left side of my head. A lady came up and poured water in my eyes and cleaned the gash on my head. Then she was gone, but I was able to see a little. My boy found me and helped me get off to the side. He is crippled and said he got trampled over by the crowd.

As I was getting my senses back, I noticed a young man with a Capitol Police helmet on. I asked him what he was doing but he ignored me. There was a girl next to him that had a six-foot length of 4" PVC pipe trying to bust out a window to a room with wooden chairs in it. I told her to stop but she just called me a "pussy."

My legs were like jello, so I could only watch as people were throwing parts of chairs and other stuff at police in the tunnel. Ryan tried to stop some people from breaking windows farther to the right, but they just ignored him. Another guy told them to stop. Ryan could not stop them because he had no strength in his left leg or arms. Other people tried to stop them, but it did no good.

I noticed that the people fighting with the police wore face coverings and some had body armor on. They would spray mace at the police and then turn around and spray into the crowd. They were a bad bunch of people. I heard later that these people were with Antifa and were getting the crowd worked up and agitated. Most of them were dressed in black clothing and were not

scared of violence, but I can't say what group they were with. I do not know. The girl that was near me broke the window out and climbed in the room with the chairs. About then tear gas canisters exploded and everyone scrambled to get away. You could hardly breathe. We were able to make our way out of the grandstands somehow and away.

I'm not proud of what I did, but I am not the person they're making of me out to be. I wish I could change what happened but I can't. I didn't destroy any property, and I know I was wrong for going in that tunnel and what went on. I have seen the videos of what I did, and I should not have been there. I did not intend to hurt anyone and I apologize to the officers. I was beaten by the crowd and I did toss that PVC pipe toward the officers, and if they say it hit someone I cannot deny it. I am also sorry for what the crowd did to the Capitol building. That was wrong.

There was a bad element of people there and they were able to get the crowd worked up. I saw it with my own eyes and I couldn't stop it. I did not want to join in, I was just trying to get out after I was hit. I wonder about that girl that climbed in the window to the room with chairs in it and what happened to her. I heard a woman was shot and killed later and thought about that girl. I'm pretty sure it was a different woman.

We made it back to the motel and flew back home the next day. It took over a week for my wounds on my head to heal. I got the crap beat out of me. I had cuts on my head and bruises on my back and arms. At almost 67 years old, I should have known better than to get in that situation and I wasn't 30 years old anymore.

I didn't go to D.C. to fight or riot or hurt anyone. I wish none of this ever happened. I not proud of myself.

Duke Wilson

*Duke Wilson*