March 2, 2022

Honorable Royce Lamberth
U.S. Department of Justice
District of District Columbia
Judiciary Center Bldg. 555 4th St. NW
Washington, DC 20001

Re: United States v. Defendant Duke Wilson
Case Number: 2021R00694 and Court Docket 21-CR-00345

*Let this be filed.*
*Royce C. Lamberth*
*U.S.D.J. 3/4/22*

Dear Judge Lamberth,

  I am respectfully submitting this Victim impact statement for your consideration in the sentencing for Duke Edward Wilson, which is currently scheduled for March 4, 2022, for the above defendant, who pled guilty to two counts of his indictment, specifically to violating 18 USC 111(a) (1) by Assaulting, Resisting, or Impeding Certain Officers of Employees, and Obstruction of an Official Proceeding in violation of 18 USC 1512(c) (2).

  On January 6, 2021, I was working as a Sergeant on the Civil Disturbance Unit of the United State Capitol Police as we struggled to restore order after being attacked by a mob of insurrectionists, which included Mr. Wilson.  While located at the Lower West Terrace entrance I encountered, engaged, and defended myself, my fellow officers and the U.S. Capitol from Mr. Wilson.  He attempted to gain entrance into the U.S. Capitol Building as part of his effort to "Stop the Steal", overthrow our government in a coup, and subvert the democratic process by stopping the certification of the 2020 Presidential Election results. I distinctly remember Mr. Wilson because he was wearing a white and purple hat with the words "CNN fake news" on it as well as a black jacket.  As a member of the violent mob that was targeting the Members of Congress and their staff, Mr. Wilson aided and abetted the insurrectionist mob and directly assaulted me multiple times, resisted my lawful orders to leave the area and impeded me from performing my duty to protect the Capitol.  Mr. Wilson also took it upon himself to command other rioters to continue their relentless assault as I tried to push him out of the tunnel to secure the Lower West Terrace entrance.

I vividly remember being face-to-face with Mr. Wilson as he led the crowd of insurrectionists; pushing me to gain entry, as both of my hands bled, while blocking his blows with my cracked blood-stained shield.  Although Mr. Wilson's black jacket and his face were soaked with the pepper spray, he insisted on fighting me once more in order to ensure we did not close the double doors that would prevent him and his fellow insurrectionists from advancing in the tunnel.  I also remember seeing Mr. Wilson pick up flag poles from the floor and then using them as weapons against me.  In Mr. Wilson's final moments in front of me, he used his fists and viciously threw several punches and then used his body to push through the police line as well.

Mr. Wilson did not listen to my lawful commands to discontinue his violent actions and based on what I observed, heard and encountered, I implore you not to fall for what I believe to be his deceptive sense of remorse.  It is my belief that if Mr. Wilson heard the same rallying cry to converge at the Capitol in the future, he will not hesitate to step forward and assault me and/or other police officers who happen to be doing our job protecting the Public, Members of Congress and our Democracy.

As result of his unlawful activity and direct assault on me, I have not been able to have a normal day with my family at home or at work since January 6, 2021.  I have been so impacted by what took place that day that I have installed cameras around my property for the protection of my family and myself in order to ease my wife and son's concerns of retaliation.  More than a 14th months later, I still have not been able to put on my police uniform due to the injuries I sustained because what he and others did to me.

I sustained multiple injuries both physically and mentally to include: contusions and lacerations on both hands; contusion on my left calf; a bone fusion surgery (March 5, 2021) on my right foot; labrum/rotator cuff tear which required surgery on August 23, 2021; I was also injured on my right hand and have a cyst on my right thumb which may require surgery as well.  Since January 6th, I have also been attending mental health sessions bi-weekly to assist me with the continued psychological trauma that I

2

suffered. I am a combat veteran who served my country in war zones (Iraq) and I have never encountered something such that I witnessed on January 6th. I was used to fighting against enemies of the United States, and never expected that my own fellow citizens would join that crowd.

Mr. Wilson's specific actions directly changed and impacted me in every aspect of my life. Because of my injuries I was not able to attend the funeral of my friends and colleagues Officer Brian Sicknick or Officer Billy Evans. I have been impacted financially because I have not been able to be at work in the manner I was before to earn my normal paycheck. I continue to be assigned to light duty for my injuries. I have been placed on various type of leave (admin, sick, annual, Continuation of Pay, Extended absence Status) which have greatly affected my wages. The mental and physical injuries I endured that day continue to be painful. I have trouble sleeping, putting on a shirt, and even reaching out to hug my wife. My son tells people that I'm fragile and to be careful they don't aggravate my injuries.

For many Americans, the tragic and horrific events of January 6th concluded after a few hours or that day after. However, for me, it has not ended. January 6th continues every day. Every single day, I am reminded of it, especially because of my physical injuries. Mr. Wilson's actions deprived me of doing things I love, like spending time with my family, playing basketball with my son and couching him how to play. Planned trips, family reunions and vacations have been postponed or cancelled indefinitely due financial hardship as result of the sustained injuries and replaced by surgeries and physical therapy sessions. I ask that restitution be considered as well to compensate for loss time and wages.

Those who attacked our Capitol as insurrectionists should be properly punished. I am outraged that they seem to think it was acceptable conduct for them to have done what they did. This was not a peaceful protest. Nor was it an exercise of legitimate political discourse. This lack of comprehension of severity, absence of remorse and sense of entitlement has shaken my faith in the political and judicial systems that support this great country.

I was born in the Dominican Republic. Growing up, I learned about the American Values from an American philanthropist/missionary teacher who was teaching English in my town. I was so impressed by those values that I joined the U.S. Army to defend this great country when I turned 21. The damage caused to our Democracy by the events of January 6th and the actions of Mr. Wilson have left a stain that needs to be cleaned. A strong sentence will help in that regard.

Many of the Islamic terrorists who attacked the World Trade Center and United States in 1993 and 2001, are still serving prison time more than 20 years later. In my view, January 6th was worse. That day was a domestic terrorist attack perpetrated by Americans who betrayed the ideals we stand for, and the punishment should reflect that.

Thank you for your consideration and your time.

Sergeant Aquilino A. Gonell
United States Capitol Police

*Please note that this statement is submitted in my personal capacity only.*

4